NUMBERS 13-03-453-CR through 13-03-456-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


DONNELL ELDRIDGE, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 94th District Court 


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Hinojosa and Rodriguez


Opinion Per Curiam



 Appellant, DONNELL ELDRIDGE, perfected appeals from judgments entered by
the 94th District Court of Nueces County, Texas, in cause numbers 02-CR-2847-C,
02-CR-3401-C, 03-CR-3580-C, and 03-CR-1545-C. Appellant has filed a motion to
dismiss the appeals. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeals, is of the opinion that appellant's motion to dismiss the appeals
should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 29th day of August, 2003.